## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| ROSSI M. POTTS, | * |
| Plaintiff, | * |
| v. | * Civil Action No.: 2005-CA-005115-B |
| HOWARD UNIVERSITY, | * |
| Defendant. | * |

* * * * * * * * * * * * *

### NOTICE TO SUPERIOR COURT OF REMOVAL

Defendant Howard University, by its undersigned counsel, hereby gives notice that it has, contemporaneous with the filing of this Notice, filed a Notice of Removal in this action in the United States District Court for the District of Columbia. A copy of said Notice of Removal is attached hereto and served with this Notice.

Respectfully submitted,

Timothy F. McCormack
DC Bar No. 385025
Jennifer E. Keyser

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 E. Lombard Street
18th Floor
Baltimore, Maryland 21202
(410) 528-5600
Facsimile: (410) 528-5650

Attorneys for Defendant Howard University

DATED: September 28, 2005

DMEAST #8840658 v1



EXHIBIT B

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of September, 2005 a copy of the foregoing was sent via first class mail, postage prepaid to:

Rossi M. Potts
14124 Bishop Claggett Court
Upper Marlboro, Maryland 20772

_____
Timothy F. McCormack