SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ROSSI M. POTTS,

    Plaintiff,

v.                                               Civil Action No.: 2005-CA-005115-B

HOWARD UNIVERSITY,

    Defendant.

* * * * * * * * * * * * *

### NOTICE TO ADVERSE PARTY FILING NOTICE OF REMOVAL

TO:  ROSSI M. POTTS
14124 Bishop Claggett Court
Upper Marlboro, Maryland 20772

PLEASE TAKE NOTICE that a Notice of Removal in the above-captioned action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia was filed on this 28th day of September, 2005, in the United States District Court for the District of Columbia. A copy of such Notice is attached.

Respectfully submitted,

_____
Timothy F. McCormack
DC Bar No. 385025
Jennifer E. Keyser

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 E. Lombard Street
18th Floor
Baltimore, Maryland 21202
(410) 528-5600
Facsimile: (410) 528-5650

Attorneys for Defendant Howard University

DATED: September 28, 2005

DMEAST #8840725 v1


EXHIBIT C

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of September, 2005 a copy of the foregoing was sent via first class mail, postage prepaid to:

Rossi M. Potts
14124 Bishop Claggett Court
Upper Marlboro, Maryland  20772

_____
Timothy F. McCormack