IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSSI M. POTTS, | * |
| Plaintiff, | * |
| v. | * Civil Action No.: 1:05-CV-01929 (RMU) |
| HOWARD UNIVERSITY, | * **ORAL HEARING REQUESTED** |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION OF DEFENDANT HOWARD UNIVERSITY
TO DISMISS AMENDED COMPLAINT**

Defendant Howard University, by its undersigned counsel and pursuant to Rule 12 of the Federal Rules of Civil Procedure, moves to dismiss the Amended Complaint in this action as every count is and remains (i) barred by the expiration of the applicable statute of limitations, (ii) barred by Plaintiff's failure to exhaust his administrative remedies, or (iii) fails to state a claim upon which relief can be granted. The grounds for this motion are more fully set forth in the accompanying Memorandum in Support of Motion to Dismiss which is incorporated herein by reference.

WHEREFORE, Defendant Howard University respectfully requests that this action be dismissed and that Defendant Howard University be granted such other and further relief as is just and equitable.

Respectfully submitted,

/s/
Timothy F. McCormack
Bar No. 385025
Jennifer E. Keyser


BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 E. Lombard Street
18th Floor
Baltimore, Maryland 21202
(410) 528-5600
Facsimile: (410) 361-8901

Attorney for Defendant Howard University

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of October, 2005 a copy of the foregoing was sent via first class mail, postage prepaid to:

Rossi M. Potts
14124 Bishop Claggett Court
Upper Marlboro, Maryland 20772

/s/
Timothy F. McCormack