IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSSI M. POTTS, | * |
| Plaintiff, | * |
| v. | * Civil Action No.: 1:05-CV-01929 (RMU) |
| HOWARD UNIVERSITY, | * |
| Defendant. | * |

* * * * * * * * * * * * * *

## ORDER

Upon consideration of the Motion of Defendant Howard University to Dismiss Amended Complaint, the Memorandum in Support thereof, and good cause therefor having been shown, it is, this ____ day of November, 2005, by the United States District Court for the District of Columbia,

ORDERED, that this action is DISMISSED.

_____
Ricardo M. Urbina
United States District Judge

cc:   Rossi M. Potts
      14124 Bishop Claggett Court
      Upper Marlboro, MD  20772

      Timothy F. McCormack, Esquire
      Jennifer E. Keyser, Esquire
      BALLARD SPAHR ANDREWS & INGERSOLL, LLP
      300 E. Lombard Street
      18th Floor
      Baltimore, Maryland 21202

DMEAST #9165670 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of October, 2005 a copy of the foregoing was sent via first class mail, postage prepaid to:

Rossi M. Potts
14124 Bishop Claggett Court
Upper Marlboro, Maryland  20772

/s/_____
Timothy F. McCormack