IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSSI M. POTTS, | * |
| Plaintiff, | * |
| v. | * Civil Action No.: 1:05-CV-01929 (RMU) |
| HOWARD UNIVERSITY, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ERRATA WITH EXHIBITS A AND B TO THE MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANT HOWARD UNIVERSITY TO DISMISS AMENDED COMPLAINT

Defendant Howard University, by its undersigned counsel, hereby submits **Exhibit A** and **Exhibit B** to the Memorandum in Support of Motion of Howard University to Dismiss Amended Complaint which was electronically filed on October 19, 2005, Docket No. 5. These Exhibits were inadvertently not included with the above-referenced filing.

Respectfully submitted,

_____/s/_____
Timothy F. McCormack
Bar No. 385025
Jennifer E. Keyser

Ballard Spahr Andrews & Ingersoll, LLP
18th Floor
300 East Lombard Street
Baltimore, Maryland 21202
Telephone: (410) 528-5600
Facsimile: (410) 528-5650

Attorney for Defendant Howard University

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2005, a copy of the foregoing Errata with Exhibits A and B to the Memorandum in Support of Motion of Defendant Howard University to Dismiss Amended Complaint was mailed, first-class, postage prepaid, to:

> Rossi M. Potts
> 14124 Bishop Claggett Court
> Upper Marlboro, Maryland 20772

                                                /s/
                                    Timothy F. McCormack