

**HOWARD UNIVERSITY HOSPITAL**

2041 Georgia Avenue, N.W.  
Washington, D.C. 20060

202/865-6100  
202/745-3731 fax

April 19, 2002

Mr. Rossi Potts  
14124 Bishop Claggett Court  
Upper Marlboro, Maryland 20772

Dear Mr. Potts:

This letter is to serve as official notification of your termination from Howard University Hospital effective April 19, 2002. You are being terminated for placing a patient on a monitoring system without authorization and for your failure to monitor the patient. As you have continued to conduct yourself outside of the boundaries of your job description we have no choice but to terminate your employment.

Your final paycheck, including any annual leave you may have accrued will be available for pickup within 24-hours of the date of this letter. You must return any property of Howard University Hospital including keys, equipment, and your identification badge.

You will be notified in a separate letter from the Benefits Office about your COBRA rights and eligibility. Please contact Demetrius Patillo, Benefits Manager, at (202) 865-6897 if you have any questions about your benefits.

Good luck in your future endeavors.

Sincerely,

Randall McKennie  
Administrative Director, Department of Medicine

cc:   Sherman McCoy, CEO  
      Debra Carey, COO  
      Dr. Thomas Gaiter, Medical Director  
      Renee Turner-Inman, Assistant Director, HR  
      Demetrius Patillo, Benefits Manager, HR  
      M.B. Tina Fox, President, Local 2094  
      File

**EXHIBIT B**