UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSSI M. POTTS,<br><br>    Plaintiff,<br><br>    v.<br><br>HOWARD UNIVERSITY HOSPITAL,<br><br>    Defendant. | (CONSOLIDATED)<br>Civil Action Nos.:    04-1856<br>    RMU/DAR    04-2103<br>                05-1317<br>                05-1929 |

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Civil Rule 16.4, and in accordance with the schedule for further proceedings set forth on the record at a status hearing and scheduling conference on February 21, 2006, it is **ORDERED** that

(1) all four of the above-captioned actions are consolidated;

(2) Plaintiff shall file a single "Consolidated Amended Complaint" by no later than March 21, 2006;

(3) Defendant shall file its motion to dismiss pursuant to Rule 12(b) of the Federal Rules of Civil Procedure by no later than April 21, 2006;

(4) Plaintiff shall file his opposition to Defendant's motion to dismiss by no later than May 22, 2006;

(5) Defendant shall file its reply by no later than June 5, 2006; and

(6) the stay of discovery is extended until the motion to dismiss is determined.

February 22, 2006                    /s/
                        DEBORAH A. ROBINSON
                        United States Magistrate Judge