IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSSI M. POTTS, | * |
| | * |
| Plaintiff, | * |
| | *Civil Action Nos.:  1:04-CV-1856 (RMU) |
| v. | *     1:04-CV-2103 (RMU) |
| | *     1:05-CV-1317 (RMU) |
| HOWARD UNIVERSITY, | *     1:05-CV-1929 (RMU) |
| | * |
| Defendant. | *              CONSOLIDATED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibit A to Defendant Howard University's Motion to Dismiss Consolidated Amended Complaint exist only in paper format and if scanned will be larger than 1.5 MB.  The exhibit will be filed with the Clerk's Office and on Plaintiff in paper format.

                Respectfully submitted,

                 /s/_____
                Timothy F. McCormack
                Bar No. 385025
                Jennifer E. Keyser

                BALLARD SPAHR ANDREWS & INGERSOLL, LLP
                300 E. Lombard Street
                18th Floor
                Baltimore, Maryland 21202
                (410) 528-5600
                Facsimile:  (410) 361-8901

                Attorney for Defendant Howard University

DMEAST #4196548 v1

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 21st day of April, 2006 a copy of the foregoing Notice of Filing Lengthy Exhibit was served electronically to:

>Rossi M. Potts
>14124 Bishop Claggett Court
>Upper Marlboro, Maryland  20772


      /s/_____
      Timothy F. McCormack