UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSSI M. POTTS, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action Nos.: 04-1856 (RMU) |
| v. : | |
| : | Document No.: 36 |
| HOWARD UNIVERSITY, : | |
| : | |
| Defendant. : | |

## ORDER

### GRANTING THE DEFENDANT'S MOTION TO DISMISS

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 4th day of January, 2007, it is hereby

**ORDERED** that the defendant's motion to dismiss is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge